Decided May 18, 1914. Motion sustained. *Mr. Antonio Suliveres* for the appellant. *Mr. Santiago B. Palmer* for the respondents.

No. 1083. OLIVAR ET AL., PETITIONERS AND RESPONDENTS, *v.* ANDINO ET AL., CONTESTANTS AND APPELLANTS.—Appeal from the District Court of San Juan, Section 2, in dominion title proceedings. Motion by the respondents for dismissal of the appeal because of failure of the appellants to file a brief. Decided May 19, 1914. Motion overruled because it appears from the record that one of the appellants has died and the respondents have not taken the steps required by law in such a case. *Mr. Ramón Falcón* for the respondents. The appellants did not appear.

No. 683. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* MILA, DEFENDANT AND APPELLANT.—Appeal from the District Court of Mayagüez in a prosecution for aggravated assault and battery. Decided May 20, 1914. Judgment affirmed. *Mr. Charles E. Foote, fiscal,* for The People. The appellant did not appear.

No. 688. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* LANUZA ET AL., DEFENDANTS; LANUZA, APPELLANT.—Appeal from the District Court of Ponce in a prosecution for conspiracy. Decided May 22, 1914. Judgment affirmed. *Mr. Charles E. Foote, fiscal,* for The People. *Mr. R. Martínez Nadal* for the appellant.

No. 124. MONTALVO, PETITIONER, *v.* SOTO NUSSA, DISTRICT JUDGE, RESPONDENT.—Application for a writ of *certiorari* to the judge of the District Court of Aguadilla in an action to annul proceedings and for damages. Decided May 22, 1914. Writ of *certiorari* denied. The petitioner appeared by brief *pro se.* The respondent did not appear.